

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel:  212.880.3800
Fax:  212.880.8965

Dir:  212.880.3874
Dir Fax:  212.905.6411
Scott.Kessler@akerman.com

October 30, 2015

<u>**VIA E-MAIL AND ECF**</u>

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   United States v. Jesse Tortora, 11 CR 430 (WHP)
      Motion to Exonerate Bail

Dear Judge Pauley:

On October 22, 2015, the government filed a *Nolle Prosequi* in the captioned case.  On behalf of Jesse Tortora, we respectfully request that you sign the *Nolle Prosequi* submitted for your signature and file it on the Court's electronic docket.  Additionally, Mr. Tortora respectfully requests that his bail be exonerated.  A proposed order exonerating Mr. Tortora's bail is enclosed, and we ask the court to sign it and file it on the Court's electronic docket.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Scott M. Kessler*

Scott M. Kessler

cc:  All Counsel (By email and ECF)

akerman.com

{36508229;1}